**Electronically Filed
Supreme Court
SCWC-30234
14-MAY-2012
11:28 AM**

SCWC-30234

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEPHEN MITSUO ADAMS, Individually and as Personal
Representative of the Estate of PATRICIA MARIE ADAMS; KRISTIN
LEILANI BUSH; and PATRICK KEONI BUSH,
Petitioners/Petitioners/Appellants,

vs.

ROBYNN M.D. YOKOOJI; LUTERU MANU;
STATE OF HAWAII, DEPARTMENT OF TRANSPORTATION,
RespondentS/Defendants/Appellees,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; and DOE GOVERNMENTAL AGNECIES 1-10,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30234; CIV. NO. 07-1-1567)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Del Rosario, in place of Duffy, J., recused)

Petitioners/Plaintiffs-Appellants Stephen Mitsuo Adams,

individually and as personal representative of the estate of

Patricia Marie Adams; Kristin Leilani Bush; and Patrick Keoni

Bush's application for writ of certiorari, filed on April 4, 2012,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 14, 2012.

Vladimir Devens and             /s/ Mark E. Recktenwald
Keani Alapa
(Meheula & Devens)              /s/ Paula A. Nakayama
and Gerard A. Jervis
on the application for          /s/ Simeon R. Acoba, Jr.
Petitioners/Plaintiffs-
Appellants                      /s/ Sabrina S. McKenna

David M. Louie,                 /s/ Dexter D. Del Rosario
Attorney General, and
Robin M. Kishi and
Caron M. Inagaki,
Deputy Attorneys General
on the response for
Respondents/Defendants-
Appelles

